UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCUS DUMOND, et al.,

Plaintiffs,

v.                                    CASE NO: 8:04-cv-1007-T-26MSS

MASSACHUSETTS FINANCIAL
SERVICES CO., and MFS FUND
DISTRIBUTORS, INC.,

Defendant.
_____/

MAGISTRATE JUDGE _____

# ORDER

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

1) The parties' Joint Motion to Transfer Venue (Dkt. 7) is granted.

2) The Clerk is directed to transfer this case to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1404(a).

3) The Clerk is directed to close this case after transfer has been effectuated.

**DONE AND ORDERED** at Tampa, Florida, on June 17, 2004.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel of Record

F I L E   C O P Y

Date Printed: 06/21/2004


Notice sent to:

    ___    Guy M. Burns, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
100 N. Tampa St., Suite 1800
P.O. Box 1100
Tampa, FL  33601-1100

    8:04-cv-01007    jlh

    ___    Jonathan S. Coleman, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
100 N. Tampa St., Suite 1800
P.O. Box 1100
Tampa, FL  33601-1100

    8:04-cv-01007    jlh

    ___    Becky Ferrell-Anton, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A.
100 N. Tampa St., Suite 1800
P.O. Box 1100
Tampa, FL  33601-1100

    8:04-cv-01007    jlh

    ___    Michael Brickman, Esq.
Richardson, Patrick, Westbrook & Brickman LLC
174 E. Bay St.
Charleston, SC  29401

    8:04-cv-01007    jlh

    ___    James C. Bradley, Esq.
Richardson, Patrick, Westbrook & Brickman LLC
174 E. Bay St.
Charleston, SC  29401

    8:04-cv-01007    jlh

    ___    Nina H. Fields, Esq.
Richardson, Patrick, Westbrook & Brickman LLC
174 E. Bay St.
Charleston, SC  29401

    8:04-cv-01007    jlh

    ___    Lynn L. Sarko, Esq.
Keller & Rohrback
1201 Third Ave., Suite 3200
Seattle, WA  98101-3052

____  Michael D. Woerner, Esq.
     Keller & Rohrback
     1201 Third Ave., Suite 3200
     Seattle, WA  98101-3052

     8:04-cv-01007    jlh

____  Gretchen F. Cappio, Esq.
     Keller & Rohrback
     1201 Third Ave., Suite 3200
     Seattle, WA  98101-3052

     8:04-cv-01007    jlh

____  Charles Alvin Wachter, Esq.
     Fowler White Boggs Banker, P.A.
     501 E. Kennedy Blvd.
     P.O. Box 1438
     Tampa, FL  33601-1438

     8:04-cv-01007    jlh

____  Jonathan A. Shapiro, Esq.
     Hale & Dorr, LLP
     60 State St.
     Boston, MA  02109

     8:04-cv-01007    jlh

```
                                                          CLOSED MSS
                    U.S. District Court
              Middle District of Florida (Tampa)

              CIVIL DOCKET FOR CASE #: 04-CV-1007

Dumond, et al v. Massachusetts Fin, et al        Filed: 05/04/04
Assigned to: Judge Richard A. Lazzara
Demand: $0,000                                   Nature of Suit: 850
Lead Docket: None                                Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:1331 Fed. Question: Securities Violation
```

MARCUS DUMOND
    plaintiff

Guy M. Burns
813/223-7118
[COR LD NTC]
Jonathan S. Coleman
813/223-7118
[COR LD NTC]
Becky Ferrell-Anton
813/223-7118
[COR LD NTC]
Johnson, Blakely, Pope, Bokor,
Ruppel & Burns, P.A.
100 N. Tampa St., Suite 1800
P.O. Box 1100
Tampa, FL 33601-1100
813/225-2500

Lynn L. Sarko
[COR LD NTC]
Michael D. Woerner
[COR LD NTC]
Gretchen F. Cappio
[COR LD NTC]
Keller & Rohrback
1201 Third Ave., Suite 3200
Seattle, WA 98101-3052
206/623-1900

Michael Brickman
[COR LD NTC]
James C. Bradley
[COR LD NTC]
Nina H. Fields
[COR LD NTC]
Richardson, Patrick, Westbrook
& Brickman LLC
174 E. Bay St.
Charleston, SC 29401
842/727-6520

I certify the foregoing to be a true and correct copy of the original. SHERYL L. LOESCH, Clerk United States District Court Middle District of Florida By: _____ Deputy Clerk

04 1145 S RGS

```
Proceedings include all events.
8:04cv1007 Dumond, et al v. Massachusetts Fin, et al          CLOSED
                                                                 MSS

5/4/04    1     COMPLAINT filed. Filing fee $150.00 Receipt #T027050 (bsn)
                [Entry date 05/05/04] [Edit date 05/05/04]

5/4/04    --    MAGISTRATE JUDGE CASE ASSIGNMENT  Magistrate assigned:
                Mary S. Scriven (bsn) [Entry date 05/05/04]

5/4/04    --    SUMMONS(ES) issued for Massachusetts Financial Services,
                MFS Fund Distributors, Inc. Consent(s) issued. (bsn)
                [Entry date 05/05/04]

5/6/04    2     NOTICE of designation under Local Rule 3.05 - TRACK 3.
                (ctc) (jlh) [Entry date 05/07/04]

5/28/04   3     RETURN of service executed as to MFS Fund Dist on 5/10/04
                by serving Kevin Boyden,Authorized Agent: Answer due on
                6/1/04 for MFS Fund Dist (jlh)

5/28/04   4     RETURN of service executed as to Massachusetts Fin on
                5/10/04 by serving Kevin Boyden, Authorized Agent; Answer
                due on 6/1/04 for Massachusetts Fin (jlh)

5/28/04   5     MOTION by Massachusetts Fin, MFS Fund Dist to extend time
                to answer or otherwise plead (jlh) [Entry date 06/01/04]

6/2/04    6     ORDER  granting [5-1] motion to extend time to answer or
                otherwise plead  reset answer due for 6/28/04 for MFS Fund
                Dist, for Massachusetts Fin ( Signed by Judge Richard A.
                Lazzara ) ctc (jlh) [Entry date 06/03/04]

6/15/04   7     MOTION by Marcus Dumond, Henry Berdat, Stuart V. Sturgess,
                Rosemary Sturgess, Kathleen Blair, William Booth, Margie
                Booth, Karen Peach, Richard Keller, Evelyn Keller  with
                memorandum in support to change venue (jlh)
                [Entry date 06/16/04]

6/17/04   8     ORDER  granting [7-1] motion to change venue ( Signed by
                Judge Richard A. Lazzara ) ctc (jlh) [Entry date 06/21/04]

6/17/04   --    TRANSFER  to District of Massachusetts (jlh)
                [Entry date 06/21/04]




Docket as of June 21, 2004 12:19 pm                    Page 8
```