UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>Defendants. | No. 04-CV-11458-RGS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michelle H. Blauner of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, Telephone No.: (617) 439-3939, as counsel for Plaintiffs in the above-captioned matter.

Dated: July 1, 2004                          Respectfully submitted,

                                               **/s/ Michelle H. Blauner**
                                               Michelle H. Blauner BBO No. 549049
                                               Shapiro Haber & Urmy LLP
                                               Exchange Place
                                               53 State Street
                                               Boston, MA 02109
                                               (617) 439-3939

                                               Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above document was served on counsel of record for all of the parties by mail on _____, 2004.

                                             _____
                                             Michelle H. Blauner