UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>           Plaintiffs,<br>  v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>           Defendants. | Case No. 04-11458 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Jeffrey B. Rudman, William H. Paine and Jonathan A. Shapiro of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, (617) 526-6000, as counsel for defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc. in the above-captioned matter.

                                            Respectfully submitted,

                                            /s/ Jonathan A. Shapiro_____
                                            Jeffrey B. Rudman (BBO #433380)
                                            William H. Paine (BBO #550506)
                                            Jonathan A. Shapiro (BBO #567838)
                                            WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                            60 State Street
                                            Boston, Massachusetts 02109
                                            Tel:  (617) 526-6000
                                            Fax: (617) 526-5000

                                            Attorneys for Defendants Massachusetts
                                            Financial Services Company and MFS
Dated:  July 12, 2004                      Fund Distributors, Inc.

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the foregoing *Notice of Appearance* to be served by first-class mail to the following:

>Guy M. Burns
>Jonathan S. Coleman
>Becky Ferrell-Anton
>Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
>100 North Tampa Street, Suite 1800
>Tampa, Florida 33602
>
>Michael J. Brickman
>James C. Bradley
>Nina H. Fields
>Richardson, Patrick, Westbrook
> & Brickman LLC
>174 East Bay Street
>Charleston, South Carolina 29401
>
>Lynn Lincoln Sarko
>Michael D. Woerner
>Gretchen F. Cappio
>Keller Rohrback, LLP
>1201 Third Avenue, Suite 3200
>Seattle, Washington 98101-3052

>/s/ Jonathan A. Shapiro_____
>Jonathan A. Shapiro

Dated:  July 12, 2004