UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>        Plaintiffs,<br>   v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>        Defendants. | C.A. No. 04-CV-11458 (RGS) |

**DEFENDANTS' ASSENTED TO MOTION FOR AN ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc. hereby move for an order extending the time by which they may answer, move or otherwise respond to the Complaint in this action to August 20, 2004. Plaintiffs have assented to this motion.

Dated:  July 13, 2004

                                    Respectfully submitted,

                                    /s/ Jonathan A. Shapiro
                                    Jeffrey B. Rudman (BBO #433380)
                                    William H. Paine (BBO #550506)
                                    Jonathan A. Shapiro (BBO #567838)
                                    WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
                                    60 State Street
                                    Boston, Massachusetts 02109
                                    (617) 526-6000
                                    *Attorneys for Defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc.*

-2-

SO ORDERED:

_____
The Honorable Richard G. Stearns
United States District Judge

**CERTIFICATE OF SERVICE**

      I, Jonathan A. Shapiro, hereby certify that I caused a copy of the foregoing *Defendants' Assented to Motion for an Order Extending Time to Respond to Complaint* to be served by first-class mail to the following:

      Guy M. Burns
      Jonathan S. Coleman
      Becky Ferrell-Anton
      Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
      100 North Tampa Street, Suite 1800
      Tampa, Florida 33602

      Michael J. Brickman
      James C. Bradley
      Nina H. Fields
      Richardson, Patrick,
      Westbrook & Brickman LLC
      174 East Bay Street
      Charleston, South Carolina 29401

      Lynn Lincoln Sarko
      Michael D. Woerner
      Gretchen F. Cappio
      Keller Rohrback, LLP
      1201 Third Avenue, Suite 3200
      Seattle, Washington 98101

      Michelle H. Blauner
      Shapiro Haber & Urmy LLP
      53 State Street, 37th Floor
      Boston, Massachusetts 02109


      /s/ Jonathan A. Shapiro_____
      Jonathan A. Shapiro

Dated: July 13, 2004