UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>Defendants. | No. 04-CV-11458-RGS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michelle H. Blauner of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, Telephone No.: (617) 439-3939, as counsel for Plaintiffs in the above-captioned matter.

Dated: July 1, 2004                                Respectfully submitted,

/s/ **Michelle H. Blauner**
Michelle H. Blauner BBO No. 549049
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 439-3939

Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served on counsel of record for all of the parties by mail on July 1, 2004.

_____
Michelle H. Blauner