UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,

Plaintiffs,

v.

MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,

Defendants.

No. 04-CV-11458-RGS

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Michelle H. Blauner, hereby moves that this Court enter an Order granting leave to Gretchen F. Cappio, KELLER ROHRBACK, LLP., 1201 Third Avenue, Suite 3200, Seattle, WA 98101-3052, Telephone No. (206) 623-1900, to appear on behalf of the Plaintiffs and the Class and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Cappio is and has been a member in good standing of the bar of the Supreme Court of the of Washington since 1999 and the United States District Court for the Western District of Washington since 2000.

2. There are no disciplinary proceedings pending against Ms. Woener as a member of the bar in any jurisdiction.

3. Ms. Cappio has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Cappio has submitted herewith her Certificate of Good Standing from the United States District Court for the Western District of Washington.

WHEREFORE, the undersigned counsel respectfully moves that Ms. Cappio be admitted to practice before this Court *pro hac vice*.

Dated: July 6, 2004                    Respectfully submitted,

*/s/ Michelle H. Blauner*
SHAPIRO HABER & URMY LLP
Michelle H. Blauner BBO # 549049
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above document was served on counsel of record for all of the parties by mail on July 6, 2004.

*/s/ Michelle H. Blauner*
Michelle H. Blauner

2

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Gretchen Freeman Cappio was admitted to practice in said Court on January 26, 2000 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on May 27, 2004.

Bruce Rifkin
Clerk

By _____
Deputy Clerk