# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Marcus Dumond, et al., | |
| Plaintiffs, | Civil Action No. 04-cv-11458 (RGS) |
| v. | |
| Massachusetts Financial Services Co. and MFS Fund Distributors, Inc., | |
| Defendants. | |

## JOINT MOTION AND [PROPOSED] ORDER TO TRANSFER CASE FOR PRE-TRIAL COORDINATION

Plaintiffs Marcus Dumond, Henry Berdat, Stuart V. and Rosemary Sturgess, Kathleen Blair, William and Margie Booth, Karen Peach, and Richard and Evelyn Keller ("Plaintiffs"), and defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. ("Defendants"), by their undersigned counsel, jointly move for the transfer of the above-referenced action to the docket of the Honorable George A. O'Toole, for coordinated pre-trial proceedings with *Forsythe v. Sun Life Financial Inc., et al.*, No. 04-CV-10584 (GAO), *Eddings v. Sun Life Financial Inc., et al.*, No. 04-CV-10764 (GAO), and *Koslow v. Sun Life Financial Inc., et al.*, No. 04-CV-11019 (GAO) (collectively, the "Forsythe Actions"), which also are pending against Massachusetts Financial Services Co. The parties agree that they will use their best efforts to coordinate all pre-trial proceedings in this action, including but not limited to scheduling, discovery and dispositive motions, with the Forsythe Actions in all respects.

Nothing in this joint motion, or plaintiffs' assent hereto, shall be construed as a waiver of, and this joint motion shall be without prejudice to, plaintiffs' Opposition to Motions for Consolidation and Appointment of Lead Counsel pending in the Forsythe Actions.

Respectfully submitted,

_/s/ Michelle H. Blauner_____
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel:  (617) 439-3939
Fax: (617) 439-0134

Attorneys for Plaintiffs Marcus Dumond,
Henry Berdat, Stuart V. and Rosemary
Sturgess, Kathleen Blair, William and
Margie Booth, Karen Peach, and Richard
and Evelyn Keller

Dated:  August 11, 2004

Respectfully submitted,

_/s/ Jonathan A. Shapiro_____
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000

Attorneys for Defendants Massachusetts
Financial Services Co. and MFS Fund
Distributors, Inc.

SO ORDERED:

_____
The Honorable Richard G. Stearns
United States District Judge

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the foregoing *Joint Motion and [Proposed] Order to Transfer Case for Pre-Trial Coordination* to be served by first-class mail on the following:

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
100 North Tampa Street, Suite 1800
Tampa, Florida 33602

Michael J. Brickman
James C. Bradley
Nina H. Fields
Richardson, Patrick, Westbrook
 & Brickman LLC
174 East Bay Street
Charleston, South Carolina 29401

Lynn Lincoln Sarko
Michael D. Woerner
Gretchen F. Cappio
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

Edward F. Haber
Michelle H. Blauner
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  August 11, 2004