UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>                Plaintiffs,<br>  v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>                Defendants. | C.A. No. 04-CV-11458 (RGS) |

**DEFENDANTS' ASSENTED TO MOTION FOR AN ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on July 13, 2004, defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc. ("Defendants") filed an *Assented to Motion* for an Order extending the time by which Defendants must respond to the Complaint in the above-captioned action to August 20, 2004;

WHEREAS, on August 11, 2004, the parties filed a *Joint Motion to Transfer* the above-captioned case to the docket of the Honorable George A. O'Toole, for coordinated pre-trial proceedings with *Forsythe v. Sun Life Financial Inc., et al.*, 04-CV-10584 (GAO), *Eddings v. Sun Life Financial Inc., et al.*, 04-CV-10764 (GAO), and *Koslow v. Sun Life Financial Inc., et al.*, 04-CV-11019 (GAO), which also are pending against Massachusetts Financial Services Co.;

WHEREAS, the *Joint Motion to Transfer* is currently pending before the Court;

NOW, THEREFORE, the Defendants hereby move for an order extending the time by which they may answer, move or otherwise respond to the Complaint in this action from August 20, 2004 to September 20, 2004, so the parties may address scheduling with Judge O'Toole. Plaintiffs have assented to this motion.

Dated: August 20, 2004

                                          Respectfully submitted,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
*Attorneys for Defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc.*

SO ORDERED:

_____
The Honorable Richard G. Stearns
United States District Judge

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the foregoing *Defendants' Assented to Motion for an Order Extending Time to Respond to Complaint* to be served by first-class mail to the following:

>Guy M. Burns
>Jonathan S. Coleman
>Becky Ferrell-Anton
>Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
>100 North Tampa Street, Suite 1800
>Tampa, Florida 33602
>
>Michael J. Brickman
>James C. Bradley
>Nina H. Fields
>Richardson, Patrick,
>Westbrook & Brickman LLC
>174 East Bay Street
>Charleston, South Carolina 29401
>
>Lynn Lincoln Sarko
>Michael D. Woerner
>Gretchen F. Cappio
>Keller Rohrback, LLP
>1201 Third Avenue, Suite 3200
>Seattle, Washington 98101
>
>Edward F. Haber
>Michelle H. Blauner
>Shapiro Haber & Urmy LLP
>53 State Street, 37th Floor
>Boston, Massachusetts 02109

>/s/ Jonathan A. Shapiro_____
>Jonathan A. Shapiro

Dated:  August 20, 2004