UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER, <br><br>Plaintiffs, <br><br>v. <br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. : 04-CV-11458 (RGS) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Theodore M. Hess-Mahan of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiffs in the above-captioned matter.

Dated: August 20, 2004

Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, Massachusetts 02109
(617)439-3939

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon counsel of record for each other party by mail on August 20, 2004.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan