UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>Defendants. | Case No. : 04-CV-11458 (RGS)<br><br>FILING FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK |

## MOTION FOR ADMISSION PRO HAC VICE OF
## MICHAEL J. BRICKMAN, JAMES C. BRADLEY AND NINA H. FIELDS

Pursuant to Local Rule 83.5.3(b), the undersigned, an active member in good standing of the bar of the United States District Court for the District of Massachusetts, respectfully moves that this court admit *pro hac vice*, Michael J. Brickman, James C. Bradley, and Nina H. Fields, to appear on behalf of Plaintiffs in the above-captioned action. In support of this motion, movant states as follows:

1. Michael J. Brickman is a member in good standing of the bars of South Carolina, the United States Courts of Appeals for the Fourth and Eleventh Circuits, and the United States District Court for the District of South Carolina. He has not been denied admission to any bar or been disciplined by any bar.

2. James C. Bradley is a member in good standing of the bars of South Carolina and the United States District Court for the District of South Carolina. He has not been denied admission to any bar or been disciplined by any bar.

3. Nina H. Fields is a member in good standing of the bars of South Carolina and the United States District Court for the District of South Carolina. She has not been denied admission to any bar or been disciplined by any bar.

The undersigned submits the Declarations of Mr. Brickman, Mr. Bradley, and Ms. Fields, attached hereto, in further support of this Motion. For these reasons, the undersigned respectfully moves that the Court admit Michael J. Brickman, James C. Bradley, and Nina H. Fields *pro hac vice* in the above-captioned matter.

Dated: August 20, 2004

Respectfully submitted,

Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, Massachusetts 02109
(617)439-3939

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon counsel of record for each other party by mail on August 20, 2004.

Theodore M. Hess-Mahan