# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>    Plaintiffs,<br><br> v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>    Defendants. | C.A. No. 04-CV-11458 (GAO) |

## DEFENDANTS' ASSENTED TO MOTION FOR AN ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc. hereby move for an order extending the time by which they may answer, move or otherwise respond to the Complaint in this action until the later of October 19, 2004 or such other date as the Court may allow. Plaintiffs have assented to this motion.

Dated: September 15, 2004

                Respectfully submitted,

                /s/ Jonathan A. Shapiro
                Jeffrey B. Rudman (BBO #433380)
                William H. Paine (BBO #550506)
                Jonathan A. Shapiro (BBO #567838)
                WILMER CUTLER PICKERING
                 HALE AND DORR LLP
                60 State Street
                Boston, Massachusetts 02109
                (617) 526-6000
                *Attorneys for Defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc.*

-2-

SO ORDERED:

_____
The Honorable George A. O'Toole, Jr.
United States District Judge

**CERTIFICATE OF SERVICE**

 I, William H. Paine, hereby certify that I caused a copy of the foregoing *Defendants' Assented to Motion for an Order Extending Time to Respond to Complaint* to be served by first-class mail to the following:

    Guy M. Burns
    Jonathan S. Coleman
    Becky Ferrell-Anton
    Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
    100 North Tampa Street, Suite 1800
    Tampa, Florida 33602

    Michael J. Brickman
    James C. Bradley
    Nina H. Fields
    Richardson, Patrick,
    Westbrook & Brickman LLC
    174 East Bay Street
    Charleston, South Carolina 29401

    Lynn Lincoln Sarko
    Michael D. Woerner
    Gretchen F. Cappio
    Keller Rohrback, LLP
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101

    Edward F. Haber
    Michelle H. Blauner
    Shapiro Haber & Urmy LLP
    53 State Street, 37th Floor
    Boston, Massachusetts 02109


    /s/ Jonathan A. Shapiro_____
    William H. Paine

Dated: September 15, 2004