UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, et al.,<br><br>           Plaintiffs,<br>   v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY AND MFS FUND DISTRIBUTORS, INC., et al.,<br><br>           Defendants | No. 04-11458-GAO |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendants Massachusetts Financial Services Company ("MFS") and MFS Fund Distributors, Inc. ("MFD") state that over 10% of MFS's stock is owned by its parent corporation, Sun Life of Canada (U.S.) Financial Services Holdings, Inc.  Sun Life of Canada (U.S.) Financial Services Holdings, Inc. is a wholly-owned indirect subsidiary of Sun Life Financial, Inc. Sun Life Financial, Inc. does not have a parent corporation and no publicly held company owns 10% or more of its stock.  The defendants further state that MFD is a wholly-owned subsidiary of MFS.

-2-

        Respectfully Submitted,

        MASSACHUSETTS FINANCIAL
        SERVICES COMPANY (d/b/a/ "MFS
        INVESTMENT MANAGEMENT")
        MFS FUND DISTRIBUTORS, INC.

        By their attorneys,

        /s/ Jonathan A. Shapiro
        Jeffrey B. Rudman (BBO #433380)
        William H. Paine (BBO #550506)
        Jonathan A. Shapiro (BBO #567838)
        WILMER CUTLER PICKERING HALE
        AND DORR LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000
        jonathan.shapiro@wilmerhale.com

Dated:  November 8, 2004

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street
Suite 1100
Boston, MA  02109-4216

John D. Donovan
Jane E. Willis
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th St.
New York, NY  10017

Joseph H. Weiss
Richard Acocelli
WEISS & YOURMAN
551 Fifth Avenue
New York, NY 10176

Steven G. Schulman
Janine L. Pollack
Kim E. Levy
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Charles J. Piven
Marshall N. Perkins
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

James C. Rehnquist
Abigail K. Hemani
GOODWIN PROCTER LLP
Exchange Place, 53 State Street
Boston, MA  02109

John F. Falvey, Jr.
Dean J. Dipilato
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110

George J. Skelly
David M. Ryan
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110

Michelle H. Blauner
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109

Alan Schulman
Robert S. Gans
Timothy A. DeLange
Jerald D. Bien-Wilner
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12544 High Bluff Drive, Suite 150
San Diego, CA 92130

Marc A. Topaz
Richard A. Maniskas
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

| | |
|---|---|
| David Pastor<br>GILMAN AND PASTOR LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Lynn Lincoln Sarko<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 |
| Michael J. Brickman<br>RICHARDSON, PATRICK,<br>WESTBROOK & BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401 | Guy M. Burns<br>JOHNSON, POPE, BOKOR, RUPPEL &<br>BURNS, L.L.P.<br>100 North Tampa Street, Ste. 1800<br>Tampa, FL 33602 |

      /s/ Jonathan A. Shapiro\_\_\_
      Jonathan A. Shapiro

Dated: November 8, 2004