UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>    Plaintiff,<br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>    Defendants | No. 04-10584-GAO |
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>    Plaintiffs,<br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>    Defendants. | No. 04-11458-GAO |

**STIPULATION TO JOINT PROPOSED SCHEDULE**

The parties have conferred and hereby jointly propose the following schedule for the above-captioned cases:

| | |
|---|---|
| Plaintiffs' Amended Consolidated Complaint (in Forsythe): | To Be Filed by March 3, 2005 |
| Defendants' Motions to Dismiss (both cases): | To Be Filed By April 8, 2005 |
| Plaintiffs' Oppositions (both cases): | To Be Filed By May 11, 2005 |
| Defendants' Reply Briefs (both cases): | To Be Filed By June 10, 2005 |

The parties respectfully request that the Court approve this stipulation.

-2-

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| The Forsythe plaintiffs, | Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc., |
| By their attorneys, | By their attorneys, |

/s/ Jonathan A. Shapiro
Nancy Freeman Gans (BBO #184540)
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

The Dumond plaintiffs,

Jeffrey L. Shames,

By their attorneys,

By his attorneys,

/s/ Jonathan A. Shapiro
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

/s/ Jonathan A. Shapiro
James C. Rehnquist (BBO #552602)
Abigail K. Hemani (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

US1DOCS 4982314v2

        John W. Ballen,

        By his attorneys,

        <u>/s/ Jonathan A. Shapiro</u>
        John F. Falvey, Jr. (BBO # 542674)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA  02109

        Kevin J. Parke,

        By his attorneys,

        <u>/s/ Jonathan A. Shapiro</u>
        George J. Skelly (BBO #546797)
        David M. Ryan (BBO #644037)
        NIXON PEABODY LLP
        101 Federal Street
        Boston, MA  02110

        Lawrence H. Cohn, William R. Gutow,
        J. Atwood Ives, Abby M. O'Neill,
        Lawrence T. Perera, William J. Poorvu,
        J. Dale Sherratt, Elaine R. Smith,
        Ward Smith, and the MFS Funds,

        By their attorneys,

        <u>/s/ Jonathan A. Shapiro</u>
        John D. Donovan (BBO #130950)
        Jane E. Willis (BBO #568024)
        ROPES & GRAY LLP
        One International Place
        Boston, MA 02110

March 7, 2005

US1DOCS 4982314v2

SO ORDERED:

Dated:_____          _____
                                       George A. O'Toole
                                       United States District Judge

US1DOCS 4982314v2