UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Marcus Dumond, Henry Berdat, Stuart V. and Rosemary Sturgess, Kathleen Blair, William and Margie Booth, Karen Peach, and Richard and Evelyn Keller,<br>Plaintiffs,<br>v.<br>Massachusetts Financial Services Company and MFS Fund Distributors, Inc.<br>Defendants. | Civil Action No. 04cv11458 (GAO) |

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Tana Lin, hereby certify that:

1. I was admitted to the bar of the State of Washington in 2004. In addition, I have been admitted to the bars of the District of Columbia since 1991, Illinois since 2000, and Michigan since 2001. I also was admitted to practice in the United States District Court for the Northern District of Illinois in 1999 and the United States District Court for the Central District of Illinois in 2000.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  My name, firm name, street address, telephone number, fax number and email address are as follows:

>   Tana Lin
>   Keller Rohrback L.L.P.
>   1201 3rd Avenue, Suite 3200
>   Seattle, Washington  98101]
>   (206) 623-1900
>   (206) 623-3384
>   tlin@kellerrohrback.com

Dated: March 29, 2005

KELLER ROHRBACK L.L.P.

By _/s/ Tana Lin_____
    Tana Lin
