UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                    Plaintiff,<br>      v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>                    Defendants | No. 04-10584-GAO |
| MARCUS DUMOND, HENRY BERDAT,<br>STUART V. and ROSEMARY STURGESS,<br>KATHLEEN BLAIR, WILLIAM and MARGIE<br>BOOTH, KAREN PEACH, and RICHARD and<br>EVELYN KELLER,<br><br>                    Plaintiffs,<br>      v.<br><br>MASSACHUSETTS FINANCIAL SERVICES<br>COMPANY and MFS FUND DISTRIBUTORS,<br>INC.,<br><br>                    Defendants. | No. 04-11458-GAO |

## STIPULATION TO A ONE-WEEK EXTENSION
## OF THE JOINT PROPOSED SCHEDULE

The parties in the above-captioned cases have agreed, at defendants' request, to a

one-week extension of the deadlines set by their Stipulation To Joint Proposed Schedule,

which was filed with this Court on March 7, 2005.  As a result, the parties jointly propose

the following revised briefing schedule:

| | |
|---|---|
| Defendants' Motions to Dismiss (both cases): | To be filed by April 15, 2005 |
| Plaintiffs' Oppositions (both cases): | To be filed by May 18, 2005 |
| Defendants' Reply Briefs (both cases): | To be filed by June 17, 2005 |

The parties respectfully request that the Court approve this stipulation.

Respectfully Submitted,

The Forsythe plaintiffs,

By their attorneys,


/s/ Jonathan A. Shapiro
Nancy Freeman Gans (BBO #184540)
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216
(617) 369-7979


The Dumond plaintiffs,

By their attorneys,


/s/ Jonathan A. Shapiro
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939

Respectfully Submitted,

Sun Life Financial, Inc., Massachusetts
Financial Services Co., and MFS Fund
Distributors, Inc.,

By their attorneys,


/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


Jeffrey L. Shames,

By his attorneys,


/s/ Jonathan A. Shapiro
James C. Rehnquist (BBO #552602)
Abigail K. Hemani  (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

-2-

John W. Ballen,

By his attorneys,


/s/ Jonathan A. Shapiro
John F. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109


Kevin J. Parke,

By his attorneys,


/s/ Jonathan A. Shapiro
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110


Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill,
Lawrence T. Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
and the MFS Funds,

By their attorneys,


/s/ Jonathan A. Shapiro
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA  02110

April 4, 2005

US1DOCS 5041586v1

SO ORDERED:


Dated:_____        _____
                                       George A. O'Toole
                                       United States District Judge