# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MARCUS DUMOND, et al.,

            Plaintiffs,

v.

MASSACHUSETTS FINANCIAL SERVICES
CO. and MFS FUND DISTRIBUTORS, INC.,

            Defendants.

C.A. No. 04-11458 (GAO)

## <u>DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Massachusetts Financial

Services Co. and MFS Fund Distributors, Inc. hereby move to dismiss the Complaint against

them.  As set forth in the accompanying memorandum of law, the Complaint does not state a

claim against defendants under the Investment Company Act or the rules promulgated

thereunder.

## <u>REQUEST FOR ORAL ARGUMENT</u>

Defendants respectfully request oral argument pursuant to Local Rule 7.1(D).

WHEREFORE, defendants respectfully request that this Court:

(i)       dismiss the Complaint in its entirety with prejudice, without leave to re-plead, and

           enter judgment for defendants and against plaintiffs on all claims;

(ii)     grant oral argument; and

(iii)     grant such further relief as may be just and proper.

Respectfully submitted,

/s/ Jonathan A. Shapiro_____
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Amanda P. Masselam (BBO #641108)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000

Attorneys for Defendants Massachusetts
Financial Services Co. and MFS Fund
Distributors, Inc.

Dated:  April 15, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for defendants certifies that she has conferred with plaintiffs' counsel in a good

faith attempt to resolve or narrow the issues raised in this Motion, but has been unable to do so.

/s/ Amanda P. Masselam_____
Amanda P. Masselam