UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| MARCUS DUMOND, HENDRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-11458 (GAO) |
| v. | ) ) | |
| MASSACHUSETTS FINANCIAL SERVICES CO. and MFS FUND DISTRIBUTORS, INC. | ) ) ) | |
| Defendants. | ) ) | |

_____)

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs move pursuant to Local Rule 7.1(B)(4) for leave of court to file a twenty-five (25) page Memorandum of Law in Opposition to Defendants' Motion to Dismiss. As grounds for this motion, Plaintiffs state that the additional pages are needed to respond to the arguments made in support of Defendants' Motion to Dismiss. Plaintiffs' counsel has conferred with Defendants' counsel, who has no objection to this motion.

Dated: May 18, 2005

Respectfully submitted:

SHAPIRO HABER & URMY, LLP

/s/ Michelle H. Blauner
Michelle H. Blauner (BBO #549049)
Edward F. Haber (BBO #215620)
53 State Street
Boston, MA  02109
(617) 439-3939 main
(617) 439-0134 facsimile

Lynn L. Sarko
Michael D. Woerner
Tana Lin
Gretchen F. Cappio
KELLER ROHRBACK, LLP
1201 Third Avenue, #3200
Seattle, WA  98101

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL  33602

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
174 East Bay Street, Suites 100 & 200
Charleston, SC  29401

**Counsel for Plaintiffs**