UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, et al.,<br><br>              Plaintiffs,<br>     v.<br><br>MASSACHUSETTS FINANCIAL SERVICES<br>CO. and MFS FUND DISTRIBUTORS, INC.,<br><br>              Defendants. | C.A. No. 04-11458 (GAO) |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), defendants hereby move for leave to file a Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint ("Complaint") in excess of the twenty-page limit. In support of this Motion, defendants state that their memorandum addresses numerous issues raised in Plaintiffs' Memorandum of Law in Opposition to Defendants Motion to Dismiss, which is twenty-five (25) pages in length. Defendants believe that extending the page limit will allow them to make the submissions necessary to aid the Court in its determination of the issues presented. Plaintiffs have assented to this request.

WHEREFORE, defendants respectfully request that the Court grant leave for them to file the accompanying memorandum of law in support of their motion to dismiss.

                Respectfully submitted,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Matthew A. Stowe (BBO #650473)
Elizabeth J. Mone (BBO # 650794)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Attorneys for Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc.

June 24, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for the MFS defendants certifies that she conferred with plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised in this Motion, and that plaintiffs' counsel assented to the Motion.

/s/ Amanda P. Masselam
Amanda P. Masselam

US1DOCS 5171043v1