UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENDRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES CO. and MFS FUND DISTRIBUTORS, INC.<br><br>Defendants. | Civil Action No. 04-11458 (GAO) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs move pursuant to Local Rule 7.1 for leave to file a Proposed Sur-reply in Opposition to Defendants' Motion to Dismiss (attached hereto as Exhibit A), to respond to certain arguments made by Defendants in their Reply Brief in Support of their Motion to Dismiss ("Reply"). The filing of a Sur-reply is necessary in order to correct the mischaracterization of Plaintiffs' complaint in the Reply and to address new arguments made by Defendants in their Reply which were not made by Defendants' in their initial Memorandum.

Certification Pursuant to Rule 7.1

On August 2 and 3, 2005, pursuant to Local Rule 7.1, the undersigned counsel conferred via e-mail with counsel for the Defendants in an attempt to resolve or narrow the issues and were unable to do so.

Dated: August 8, 2005                Respectfully submitted:

SHAPIRO HABER & URMY LLP

 /s/ Michelle H. Blauner
Edward F. Haber BBO #215620
Michelle H. Blauner BBO #549049
53 State Street
Boston, MA  02109
(617) 439-3939

Lynn Lincoln Sarko
Michael D. Woerner
Gretchen F. Cappio
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC  29401
(842) 727-6500

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL  33602
(813) 225-2500

Counsel for the Plaintiffs