UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Marcus Dumond, et al.,<br><br>                Plaintiffs,<br>   v.<br><br>Massachusetts Financial Services Co. and MFS Fund Distributors, Inc.,<br><br>                Defendants. | Civil Action No. 04-cv-11458-GAO |

### ASSENTED-TO MOTION TO CHANGE HEARING DATE

Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. ("Defendants"), with the assent of all plaintiffs in this action, move the Court to change the hearing on the Defendants' Motion to Dismiss now scheduled for September 22, 2005 to October 25, 2005, or as an alternative, October 26, 2005.  As grounds for this motion, Defendants state that (*i*) the parties in *Forsythe v. Sun Life Financial Inc.*, 04-cv-10584-GAO – an action this Court ordered to be coordinated with this case for discovery and pretrial purposes – have filed an identical request for rescheduling of the hearing on the Defendants' Motion to Dismiss the *Forsythe* action to the above suggested dates, and (*ii*) defense counsel has conflicts on September 22, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Michelle H. Blauner (JAS)<br>Edward F. Haber (BBO #215620)<br>Michelle H. Blauner (BBO #549049)<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109<br>Tel: (617) 439-3939<br>Fax: (617) 439-0134 | Jonathan A Shapiro<br>Jeffrey B. Rudman (BBO #433380)<br>William H. Paine (BBO #550506)<br>Jonathan A. Shapiro (BBO #567838)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000 |
| Attorneys for Plaintiffs Marcus Dumond, Henry Berdat, Stuart V. and Rosemary Sturgess, Kathleen Blair, William and Margie Booth, Karen Peach, and Richard and Evelyn Keller | Attorneys for Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. |

Dated: September 6, 2005

## LOCAL RULE 7.1 CERTIFICATE

I, Jonathan A. Shapiro, counsel for Defendants, hereby certify that on September 6, 2005, I consulted with plaintiffs' counsel, Michelle H. Blauner, who assented by electronic mail to the filing of this motion.

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that on September 6, 2005, I caused a copy of the foregoing document to be served upon counsel for plaintiffs by electronic notification or first-class mail.

/s/ Matthew A. Stowe (JAS by permission)
Matthew A. Stowe