UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JAN 12 P 3:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

MARCUS DUMOND, HENRY BERDAT, )
STUART V. and ROSEMARY STURGESS, )
KATHLEEN BLAIR, WILLIAM and )
MARGIE BOOTH, KAREN PEACH, and )
RICHARD and EVELYN KELLER, )
)
    Plaintiffs, )
)
vs. ) Case No.: 04-CV-11458 (GAO)
)
MASSACHUSETTS FINANCIAL SERVICES )
COMPANY and MFS FUND DISTRIBUTORS, )
INC., )
)
    Defendants. )
_____ )

## CERTIFICATE OF GOOD STANDING

1.    My name is Jonathan S. Coleman. I am a licensed attorney admitted to practice law in the State of Florida (Bar No. 797480).

2.    I am a member of the Bar of the State of Florida and have been a member in good standing since 1989. I am also a member of the Bar of the United States District Court for the Middle District of Florida and have been a member in good standing since 1989, and the United States District Court District of Colorado; United States Supreme Court; United States Court of Appeals for the Eleventh Circuit and the United States Court of Appeals for the Third Circuit. I have never been the subject of any bar sanction or disciplinary action and have never been denied pro hac vice admission by any court.

3. I am an associate of the law firm of Johnson, Pope, Bokor, Ruppel & Burns, P.A. My business address and telephone number is as follows:

> Johnson, Pope, Bokor, Ruppel & Burns, LLP
> 403 East Madison Street
> Suite 400
> Tampa, Florida 33602
> (813) 225-2500

4. I am familiar with the law and facts relating to the subject matter of this litigation.

Jonathan S. Coleman

#98918v1