UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JAN 12  P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 04-CV-11458 (gao)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF GOOD STANDING

1.   My name is Audrey B. Rauchway. I am a licensed attorney admitted to practice law in the State of Florida (Bar No. 856959).

2.   I am a member of the Bar of the State of Florida and have been a member in good standing since 1990. I have never been the subject of any bar sanction or disciplinary action and have never been denied pro hac vice admission by any court.

3.   I am an associate with the law firm of Johnson, Pope, Bokor, Ruppel & Burns, P.A. My business address and telephone number is as follows:

Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Street
Suite 400
Tampa, Florida 33602
(813) 225-2500

4. I am familiar with the law and facts relating to the subject matter of this litigation.

_Audrey Rauchway_
Audrey B. Rauchway

#98917v1