UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, et al.,<br><br>                Plaintiffs,<br>    v.<br><br>MASSACHUSETTS FINANCIAL SERVICES CO. and MFS FUND DISTRIBUTORS, INC.,<br><br>                Defendants. | C.A. No. 04-11458 (GAO) |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. respectfully move for an extension of time until February 20, 2006 to file their response to Plaintiff's Complaint.

As grounds for this Motion, Defendants state that their response to Plaintiffs' Complaint currently is due on February 2, 2006. Defendants require a brief extension of time in which to prepare their response to Plaintiffs' Complaint.

WHEREFORE, Defendants respectfully request that the Court grant them an extension until February 20, 2006 to respond to Plaintiffs' Complaint.

        Respectfully submitted,

        /s/ Jonathan A. Shapiro_____
        Jeffrey B. Rudman (BBO #433380)
        William H. Paine (BBO #550506)
        Jonathan A. Shapiro (BBO #567838)
        Amanda P. Masselam (BBO #641108)
        Matthew A. Stowe (BBO #650473)
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000

        Attorneys for Defendants Massachusetts
        Financial Services Co. and MFS Fund
        Distributors, Inc.

February 1, 2006

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

    Counsel for Defendants certifies that she conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised in this Motion, and that Plaintiffs' counsel did not assent to this Motion.

        /s/ Amanda P. Masselam_____
        Amanda P. Masselam