UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS FINANCIAL SERVICES CO. and MFS FUND DISTRIBUTORS, INC.,<br><br>               Defendants. | C.A. No. 04-11458 (GAO) |

**CERTIFICATE OF SERVICE FOR DEFENDANTS' ANSWER
TO PLAINTIFFS' COMPLAINT**

      I, Amanda P. Masselam, hereby certify that I caused a copy of Defendants' Answer to Plaintiffs' Complaint to be served by electronic notification to:

Michelle H. Blauner
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109

Michael D. Woerner
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101

Nancy Freeman Gans
Moulton & Gans, P.C.
65 Cleveland Road
Wellesley, MA  02481

                                                                 /s/ Amanda P. Masselam_____
                                                                 Amanda P. Masselam

Dated:  February 21, 2006