UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARCUS DUMOND, et al.,              )
                                    )
            Plaintiffs,             )   No. C.A. No. 04-11458 (GAO)
                                    )
v.                                  )
                                    )
MASSACHUSETTS FINANCIAL SERVICES    )
CO. and MFS FUND DISTRIBUTORS, INC.,)
                                    )
            Defendants.             )
_____)

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Laura R. Gerber, hereby certify that:

1. I was admitted to the bar of the State of Washington on June 11, 2004.

2. I am a member in good standing.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number, and email address are as follows:

> Laura R. Gerber
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, Washington 98101
> Telephone: (206) 623-1900
> Facsimile: (206) 623-3384
> lgerber@kellerrohrback.com

CERTIFICATE OF GOOD STANDING
(C.A. No. 04-11458 (GAO)) Page - 1

Dated: March 7, 2006.

KELLER ROHRBACK L.L.P.

/s/ Laura R. Gerber
Laura R. Gerber

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION                                    BAR #34981

OF                                                                **CERTIFICATE OF GOOD**

LAURA R. GERBER                                                   **STANDING**

TO PRACTICE IN THE COURTS OF THIS STATE.


I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

LAURA R. GERBER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on June 11, 2004, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 23rd day of February, 2006

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT