**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>SUN LIFE FINANCIAL, INC., et al.,<br><br>                    Defendants | No. 04-10584-GAO |
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>                    Defendants. | No. 04-11458-GAO |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**DISCOVERY STATUS CONFERENCE**

WHEREAS, this Court entered an Order on January 13, 2005 coordinating the above-captioned actions for discovery and pre-trial purposes;

WHEREAS, the *Forsythe* and *Dumond* Plaintiffs are working cooperatively with Defendants and have agreed, where reasonably practicable, to coordinate discovery-related activities;

WHEREAS, the parties agree that given the coordination of discovery, the July 6, 2006 discovery status conference hearing date, which is currently limited to the *Dumond* action, should be expanded to include the *Forsythe* action.

IT IS THEREFORE ORDERED, UPON AGREEMENT AND STIPULATION OF THE PARTIES, THAT:  the hearing set for July 6, 2006 for the *Dumond* action shall also include the *Forsythe* action.  Prior to the hearing, the parties anticipate that they will present to the Court a revised discovery plan.

IT IS SO ORDERED.

Dated: May ___, 2006                       _____
                                           Hon. George A. O'Toole Jr.
                                           United States District Judge

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| The *Forsythe* Plaintiffs, | Massachusetts Financial Services Co., and MFS Fund Distributors, Inc., |
| By their attorneys, | By their attorneys, |
| /s/ Nancy Freeman Gans | /s/ Jonathan A. Shapiro |
| Nancy Freeman Gans (BBO #184540) | Jeffrey B. Rudman (BBO #433380) |
| **Moulton & Gans, P.C.** | William H. Paine (BBO #550506) |
| 65 Cleveland Road | Jonathan A. Shapiro (BBO #567838) |
| Wellesley, MA  02481 | Amanda P. Masselam (BBO #641108) |
| (781) 235-2246 | **Wilmer Cutler Pickering Hale And Dorr LLP** |
|  | 60 State Street |
|  | Boston, MA  02109 |
|  | (617) 526-6000 |

The *Dumond* Plaintiffs,

By their attorneys,

/s/ Michelle H. Blauner
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
**Shapiro Haber & Urmy LLP**
53 State Street
Boston, MA  02109
(617) 439-3939

**Milberg Weiss Bershad & Schulman LLP**
Jerome Congress
Janine Pollack
Kim Miller
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

**Weiss & Lurie**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

May 23, 2006
DOCS\358704v1

**CERTIFICATE OF SERVICE**

    I, Robert R. Barravecchio, hereby certify that I caused to be served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 3rd day of March, 2006.

                                                   /s/Robert R. Barravecchio
                                                   Robert R. Barravecchio