UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES CO. and MFS FUND DISTRIBUTORS, INC.,<br><br>                    Defendants. | No. 04-11458-GAO |

## NOTICE OF APPEARANCE OF JENNIFER L. CARPENTER

Please enter my appearance as co-counsel for defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. in this civil action.

                    Respectfully submitted,

                    /s/ Jennifer L. Carpenter
                    Jennifer L. Carpenter (BBO #647214)
                    WILMERHALE LLP
                    60 State Street
                    Boston, Massachusetts  02109
                    Telephone:  (617) 526-6000
                    Facsimile:  (617) 526-5000

Dated:  October 19, 2006

US1DOCS 5893456v1