UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>Defendants. | No. 04-11458-GAO |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs and defendants hereby stipulate and agree that all claims in this action pertaining to the MFS Government Limited Maturity Fund shall be dismissed, without costs, expenses or attorneys' fees to either party, and with all rights of appeal waived.

MASSACHUSETTS FINANCIAL SERVICES
COMPANY and MFS FUND DISTRIBUTORS, INC.

By their attorneys,

/s/ Jennifer L. Carpenter
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Michael Bongiorno (BBO#558748)
Jonathan A. Shapiro (BBO #567838)
Jennifer L. Carpenter (BBO# 647214)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

The *Dumond* Plaintiffs,

By their attorneys,


/s/ Michelle H. Blauner
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134

Lynn L. Sarko
Michael D. Woerner
Gretchen F. Cappio
KELLER ROHRBACK LLP
1201 Third Avenue, #3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Ron Kilgard
Gary Gotto
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822

Michael J. Brickman
James C. Gradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK &
    BRICKMAN LLC
174 East Bay Street
Charleston, SC 29401
Tel: (843) 727-6500
Fax: (843) 727-3103

                                Guy M. Burns
                                Jonathan S. Coleman
                                Becky Ferrell-Anton
                                JOHNSON, POPE, BOKOR, RUPPEL & BURNS L.L.P.
                                403 East Madison Street, Suite 400
                                Tampa, FL  33602
                                Tel: (813) 225-2500
                                Fax: (813) 223-7118

Date: October 19, 2006

SO ORDERED

This _____ day of _____, 200_.

_____
George A. O'Toole, Jr., Judge
United States District Court, District of Massachusetts