Exhibits 1 through 6

(Subject to possible motion to impound)