UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, et al., <br><br> Plaintiffs, <br> v. <br><br> MASSACHUSETTS FINANCIAL SERVICES CO. and MFS FUND DISTRIBUTORS, INC., <br><br> Defendants. | No. 04-11458-GAO |

**NOTICE OF APPEARANCE OF JOHN S. RHEE**

Please enter my appearance as co-counsel for defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. in this civil action.

    Respectfully submitted,

    /s/John S. Rhee
    John S. Rhee (BBO #650139)
    WILMER CUTLER PICKERING HALE AND
      DORR LLP
    60 State Street
    Boston, Massachusetts  02109
    Telephone:  (617) 526-6000
    Facsimile:  (617) 526-5000

Dated:  December 22, 2006