UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>　　　　　　　　　　　Defendants. | No. 04-CV-11458-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of plaintiffs in the above-captioned action. Plaintiffs will continue to be represented by Shapiro Haber & Urmy LLP. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**/s/Theodore M. Hess-Mahan**
　　　　　　　　　　　　　　　　　　　　　　Theodore M. Hess-Mahan, BBO No. 557109
　　　　　　　　　　　　　　　　　　　　　　SHAPIRO HABER & URMY LLP
　　　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　(617) 439-3939

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan