UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Marcus Dumond, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Massachusetts Financial Services Company, )<br>)<br>Defendants. )<br>_____)<br>Eric Forsythe, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Sun Life Financial, Inc., et. al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 04-11458-GAO<br><br><br><br><br><br><br><br>Civil Action No. 04-10584-GAO |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING
SCHEDULED FOR JANUARY 23, 2007**

Defendants, with the agreement of plaintiffs, move to continue the status conference scheduled in the above-referenced cases for January 23, 2007, on the grounds that the parties do not believe that there are sufficient issues worthy of discussion to make the conference useful to the Court or the parties, or to justify expensive travel by counsel for plaintiffs.

More specifically, the parties are continuing to address discovery and their differences concerning discovery while awaiting the Court's ruling on the defendants' motion for protective order, and do not at present have substantial issues to be presented for resolution by the Court.

WHEREFORE, defendants request that the status conference be continued, and that the Court set a date after February 23 (preferably after a decision on defendants' motion for

US1DOCS 6026117v1

- 2 -

protective order) or await the filing of a motion to compel or a request by one of the parties for such a conference.

                DEFENDANTS

                By their counsel,

January 19, 2007                s/ Jennifer L. Carpenter
                                    William H. Paine (BBO #550506)
                                    Michael Bongiorno (BBO#558748)
                                    Jennifer L. Carpenter (BBO# 647214)
                                    John S. Rhee (BBO# 650139)
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    60 State Street
                                    Boston, MA  02109
                                    Tel: (617) 526-6000

## CERTIFICATE OF SERVICE

On the date set forth above I caused a copy of this motion to be served by e-mail on counsel for plaintiffs.

                                    s/ Jennifer L. Carpenter
                                    Jennifer L. Carpenter (BBO# 647214)