## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARCUS DUMOND, et al., | : | |
| | : | |
| Plaintiffs | : | Civ. No. 04-11458-GAO |
| | : | |
| v. | : | |
| | : | |
| SUN LIFE FINANCIAL, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |
| ERIC FORSYTHE, et al., | : | |
| | : | |
| Plaintiffs | : | Civ. No. 04-10584-GAO |
| | : | |
| v. | : | |
| | : | |
| SUN LIFE FINANCIAL, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

## ASSENTED-TO MOTION TO CONTINUE
## STATUS HEARING SCHEDULED FOR FEBRUARY 13, 2007

Plaintiffs  in both the above-entitled cases jointly move this Court to continue the status

conference now scheduled for February 13, 2007, due to conflicts in the schedule of plaintiffs'

counsel.  Defendants assent to this motion.

WHEREFORE, plaintiffs request that the status conference be continued.

Dated:  February 12, 2007

**The *Forsythe* Plaintiffs,**

**By their counsel**

/s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, Massachusetts  02481
Tel: (781) 235-2246

**Liaison Counsel For The *Forsythe*
Plaintiffs**

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
Julia J. Sun
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300


**Counsel For *Forsythe* Plaintiffs**



**The *Dumond* Plaintiffs**

**By their counsel**

/s/ Michelle H. Blauner
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, MA  02109
Tel: (617) 439-3939

## <u>LOCAL RULE 7.1 CERTIFICATE</u>

I, Nancy Freeman Gans, liaison counsel for the *Forsythe* Plaintiffs, hereby certify that I conferred by telephone on February 12, 2007, on behalf of both the Forsythe and Dumond plaintiffs, with Michael Bongiorno, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants in both cases, regarding the above motion.  Defendants assent to the Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## <u>CERTIFICATE OF SERVICE</u>

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served via ECF upon the attorney of record for each party on February 12, 2007.

<u>/s/ Nancy Freeman Gans</u>
Nancy Freeman Gans