UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
MARCUS DUMOND, et al.,                  )
                                        )
    Plaintiffs,                         )    Civil Action No. 04-11458 (GAO)
                                        )
    v.                                  )
                                        )
MASSACHUSETTS FINANCIAL SERVICES        )
CO. and MFS FUND DISTRIBUTORS, INC.     )
                                        )
    Defendants.                         )
_____)

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs and Defendants hereby stipulate and agree that all claims in this action pertaining to the Massachusetts Investors Growth Stock Fund, the MFS Capital Opportunities Fund, the MFS Strategic Growth Fund, the MFS Government Securities Fund, the MFS Mid Cap Growth Fund, and the MFS Research Fund shall be dismissed with prejudice, without costs, expenses or attorneys' fees to either party, and with all rights of appeal waived. Plaintiffs and Defendants further stipulate and agree that Henry Berdat, Stuart Sturgess, Rosemary Sturgess, Margie Booth, and Karen Peach shall be dismissed as named Plaintiffs from the above-captioned action, without costs, expenses or attorneys' fees to either party.

The *Dumond* Plaintiffs

By their attorneys:

/s/ Michelle H. Blauner
Edward F. Haber, Esquire (BBO #215620)
Michelle H. Blauner, Esquire (BBO #549049)
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, Massachusetts  02109
Phone:  617-439-3939
Fax:  617-439-0134

Michael J. Brickman, Esquire (*Pro Hac Vice*)
Nina H. Fields, Esquire (*Pro Hac Vice*)
James C. Bradley, Esquire (*Pro Hac Vice*)
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
174 East Bay Street
Post Office Box 879
Charleston, South Carolina  29402
Phone:  843-727-6500
Fax:  843-727-3103

Michael D. Woerner, Esquire
Lynn Lincoln Sarko, Esquire
Gretchen Freeman Cappio, Esquire
Tana Lin, Esquire
KELLER ROHRBACK, PLC
1201 3rd Avenue, Suite 3200
Seattle, Washington  98101
Phone:  206-623-1900
Fax:  206-623-3384

Ron Kilgard, Esquire
Gary Gotto, Esquire
KELLER ROHRBACK, PLC
North Central Avenue, Suite 900
Phoenix, Arizona  85012-0088
Phone:  602-248-0088
Fax:  602-248-2822

        Guy M. Burns, Esquire
        Becky Ferrell-Anton, Esquire
        Jonathan Coleman, Esquire
        JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
        403 East Madison Street, Suite 400
        Tampa, Florida  33602
        Phone:  813-225-2500
        Fax:  813-223-7118

        *Attorneys for the Plaintiffs*

        MASSACHUSETTS FINANCIAL SERVICES
        COMPANY and MFS FUND DISTRIBUTORS, INC.

        By their attorneys:


        /s/ Michael Bongiorno
        Jeffrey B. Rudman, Esquire (BBO#433380)
        William H. Paine, Esquire (BBO#550506)
        Michael Bongiorno, Esquire (BBO#558748)
        John S. Rhee, Esquire (BBO #650139)
        Jonathan A. Shapiro, Esquire (BBO#567838)
        Jennifer L. Carpenter, Esquire (BBO#647214)
        WILMER, CUTLER, PICKERING, HALE & DORR, LLP
        60 State Street
        Boston, Massachusetts  02109
        Phone:  617-526-6000
        Fax:  617-526-5000

        *Attorneys for the Defendants*


Dated:  April 5, 2007

SO ORDERED

This _____ day of _____, 2007.



_____
George A. O'Toole, Jr., Judge
United States District Court, District of Massachusetts

<u>Certificate of Service</u>

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 5th day of April, 2007.

                                            <u>/s/ Michelle H. Blauner</u>
                                            Michelle H. Blauner